| | | | | |
|---|---|---|---|---|
| Kerns v. J.L.R. | 234CD16 | 03/08/2017 | Berks County No. 15–14969 | Affirmed |
| Kerns v. Tharp | 669CD16 | 03/08/2017 | Berks County 15–14968 | Affirmed |
| Bingham v. UCBR | 1245CD16 | 03/08/2017 | Unemployment Compensation Board of Review B–589282 | Affirmed |
| Logan v. WCAB (City of Phila.) | 2605CD15 | 03/09/2017 | Workers' Compensation Appeal Board A14–0995 | Affirmed |
| Bundy v. Phila CSC | 436CD16 | 03/09/2017 | Philadelphia County July Term, 2015 No. 00345 | Affirmed |
| Lee v. JPC Group | 1000CD16 | 03/09/2017 | Philadelphia County No. 131200940 | Reversed and Remanded |
| Alex Paris Contracting Co. v. WCAB (Mace) | 1156CD16 | 03/09/2017 | Workers' Compensation Appeal Board A15–1036 | Affirmed |
| City of Phila v. WCAB (Clay) | 23CD17 | 03/09/2017 | Workers' Compensation Appeal Board A16–0207 | Quashed |
| City of Phila v. WCAB (Schilling) | 24CD17 | 03/09/2017 | Workers' Compensation Appeal Board A16–0208 | Quashed |
| City of Phila v. WCAB (Hollywood) | 25CD17 | 03/09/2017 | Workers' Compensation Appeal Board A16–0211 | Quashed |
| City of Phila v. WCAB (Smink) | 26CD17 | 03/09/2017 | Workers' Compensation Appeal Board A16–0206 | Quashed |
| City of Phila v. WCAB (Glynn) | 27CD17 | 03/09/2017 | Workers' Compensation Appeal Board A16–0212 | Quashed |
| Hughes v. UGI Storage Co. | 629CD16 | 03/13/2017 | Tioga County 714–CV–2014 | Vacated and Remanded |
| Albrecht v. UGI Storage Co. | 630CD16 | 03/13/2017 | Tioga County 854–CV–2015 | Vacated and Remanded |